UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONTINE THORNTON, individually, and as the successor in interest to Charles R. Thornton, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, INC, KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., TERRY CHONG, M.D., BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL, INC., SCIENTIFIC PROTEIN LABORATORIES, LLC, AMERICAN CAPITAL STRATEGIES, INC., AND DOES 1 THROUGH 100,<br><br>Defendants. | Case No. C 08-CV-04638-MHP<br>Judge Marilyn H. Patel<br><br>**ORDER TO DISMISS** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby dismisses without prejudice any and all claims and counts asserted by Plaintiff LEONTINE THORNTON ("Thornton") against Defendants BAXTER INTERNATIONAL INC. ("BII"), BAXTER HEALTHCARE CORPORATION ("BHC"), SCIENTIFIC PROTEIN LABORATORIES, LLC ("SPL"), and AMERICAN CAPITAL STRATEGIES, INC. ("ACAS"), in the above-captioned case, with each party to bear their own costs, expenses, and attorneys' fees except as may be otherwise agreed between them.

**IT IS SO ORDERED.**

DATE: 1/5/2009

_____

HONORABLE
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / signature / Judge Marilyn H. Patel]*