UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONTINE THORNTON, individually, and as the successor in interest to Charles R. Thornton, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, INC, KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., TERRY CHONG, M.D., AND DOES 1 THROUGH 100,<br><br>    Defendants. | Case No. C 08-CV-04638-MHP<br>Judge Marilyn H. Patel<br><br>~~PROPOSED~~ ORDER TO REMAND<br>(AS AMENDED BY COURT) |

Based on the dismissal of all claims and counts asserted by Plaintiff LEONTINE THORNTON ("Thornton") against Defendants BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE CORPORATION, SCIENTIFIC PROTEIN LABORATORIES, LLC, and AMERICAN CAPITAL STRATEGIES, INC., the Court hereby remands to the Superior Court of the State of California, Alameda County all claims and counts asserted by Thornton against Defendants KAISER FOUNDATION HOSPITALS, INC., KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., TERRY CHONG, M.D., and DOES 1 THROUGH 100 in the above-captioned case. **The Clerk of Court shall transmit a certified copy of this order to the Clerk of the Alameda County Superior Court.**
    **IT IS SO ORDERED.**

DATE: 1/23/2009

    HONORABLE MARILYN H. PATEL
    United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

~~PROPOSED~~ ORDER TO REMAND      CASE NO. C 08-CV-04638-MHP